**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PETER HARTL,**

          **Plaintiff,**

-vs-                                                  Case No. 6:11-cv-346-Orl-22GJK

**PALM BEACH GRADING, INC. and**
**ROBERT RICHARDSON,**

          **Defendants.**
_____

**ORDER**

This cause is before the Court on the Second Renewed Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 33) filed on February 10, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, including the Joint Notice of No Objection (Doc. No. 35), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 15, 2012 (Doc. No. 34) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Renewed Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 33) is GRANTED to the extent the Court finds the Agreement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 16, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge